1   LANCE A. ETCHEVERRY (SBN 199916)
    lance.etcheverry@skadden.com
2   ALYSSA E. MUSANTE (SBN 320821)
    alyssa.musante@skadden.com
3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
4   Los Angeles, California 90071-3144
    Telephone:   (213) 687-5000
5   Facsimile:    (213) 687-5600

6   Attorneys for Defendant
    VIKING RIVER CRUISES, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12
    MERCEDES ROSENBERG,            )   CASE NO.: 2:19-CV-09691-RGK-AS
13  BENNET G. FELDMAN, ANDRE       )
    VON HOYER, and OLGA VON        )   DEFENDANT'S REQUEST FOR
14  HOYER, INDIVIDUALLY and on     )   ENTRY OF JUDGMENT
    behalf of all others similarly situated, )
15                                 )   Judge:      Hon. R. Gary Klausner
                      Plaintiffs,  )
16                                 )
               v.                  )
17                                 )
    VIKING RIVER CRUISES, INC.     )
18  d/b/a VIKING CRUISES and VIKING )
    OCEAN CRUISES, a California    )
19  corporation,                   )
                                   )
20                    Defendant.   )
                                   )
21

22

23

24

25

26

27

28

─────────────────────────────────────────────
            DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), and Central District of California Local Rules 58-1 and 58-6, Defendant Viking River Cruises, Inc. ("VRC") respectfully requests that this Court set forth and enter judgment in a separate document pursuant to its March 23, 2020 Minute Order [ECF No. 45].  Federal Rule of Civil Procedure 58(a) requires that judgments be set out in a separate document, and Rule 58(d) allows a party to request such relief.  Further, Local Rule 58-6 provides that "[n]otation in the civil docket of entry of a memorandum of decision, an opinion of the Court, or a minute order of the Clerk shall not constitute entry of judgment pursuant to [Rule 58] unless specifically ordered by the judge."  C.D. Cal. L. R. 58-6.

Entry of judgment is appropriate here because this Court entered an Order granting in full VRC's Motion to Dismiss Plaintiffs' Amended Complaint.  *See* March 23, 2020 Order Granting Motion to Dismiss [ECF No. 45].  The March 23, 2020 Order dismissed the action in its entirety for *forum non conveniens*.  *Id.* at 8.

Accordingly, VRC respectfully requests that the Court enter judgment in its favor.

DATED: April 3, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____*/s/ Lance A. Etcheverry*_____
Lance A. Etcheverry
Attorney for Defendant

1
DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT