UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCEDES ROSENBERG, BENNET G. FELDMAN, ANDRE VON HOYER, and OLGA VON HOYER, INDIVIDUALLY and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING RIVER CRUISES, INC. d/b/a VIKING CRUISES and VIKING OCEAN CRUISES, a California corporation,<br><br>Defendant. | CASE NO.: 2:19-CV-09691-RGK-AS<br><br>JUDGMENT [46]<br><br>Judge: Hon. R. Gary Klausner |

JUDGMENT

On March 23, 2020, the Court issued an Order granting Defendant Viking River Cruises, Inc.'s ("VRC") Motion to Dismiss the Amended Complaint ("Motion") based on *forum non conveniens*. (ECF No. 45.)

In accordance with the Order granting Defendant's motion,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs Mercedes Rosenberg, Bennet G. Feldman, Andre Von Hoyer, And Olga Von Hoyer take nothing and that the action be dismissed in its entirety for *forum non conveniens*. Judgment is entered in VRC's favor.

**IT IS SO ORDERED.**

DATED: April 8, 2020

                                        R. Gary Klausner
                                      United States District Judge